LYNUS COMPTON, Respondent, v. NATHAN KAPLAN, Appellant.— Motion to dismiss appeal granted unless appellant shall file and serve printed papers by January twenty-eighth, and printed briefs by February seventh, and pay to respondent's attorneys ten dollars.

WLADYSLAWA MACHUCKI, Appellant, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Respondent.— Motion to dismiss appeal granted.

ALFRED J. SKINNER, as Administrator, etc., Plaintiff, v. BUFFALO, LOCKPORT AND ROCHESTER RAILWAY COMPANY, Defendant.— Appeal dismissed, without costs, upon stipulation filed.

BERNHARD VOHWINKEL, Respondent, v. CHRISTIAN WEYAND BREWING COMPANY, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, upon the ground that the verdict is excessive, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $8,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is affirmed, together with the order, without costs of this appeal to either party. All concurred.

ALBERT BUDNY, as Administrator, etc., Appellant, v. THE CITY OF BUFFALO, Respondent.— Judgment and order affirmed, with costs. All concurred.

MARGARET E. PHILLIPS, as Administratrix, etc., Respondent, v. CROSSTOWN STREET RAILWAY COMPANY OF BUFFALO and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

F. HOWARD JUDD, Respondent, v. FRANK M. RICHARDS, Appellant.— Judgment affirmed, with costs. All concurred.

WILLIAM H. EDWARDS and Others, Respondents, v. THE PEOPLE OF THE STATE OF NEW YORK and EDWARD F. STEIN, as Administrator, etc., Appellants.— Motion to amend order allowing appeal by defendant Stein to Court of Appeals denied. Held, concededly the appeal of the People of the State of New York taken without leave is ineffectual and the time within which such leave may be obtained has expired. Under the circumstances, we think the defendant Stein should not be permitted upon an appeal from the order of affirmance of this court to review the questions which he seeks to have certified.

SOLOMON MORRISON, Plaintiff, v. ROYAL INDEMNITY COMPANY, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

WALTER KOZLOWSKI, Respondent, v. MARY K. GOMOLSKI, Appellant.— Motion for leave to appeal to the Court of Appeals granted and question for review certified.

MARY ELLEN LONG, as Administratrix, etc., Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

DOW VROMAN and Another, Individually, etc., Appellants, v. NORMAN D. FISH and Others, Respondents.—A stay of ten days is granted to enable the plaintiffs to make application to the Court of Appeals for a stay pending appeal, or take such other action as they may be advised.